97-CA-01493-SCT